UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DARRELL DEWAYNE GOODEN,<br><br>    Plaintiff,<br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>    Defendant. | Case No. 3:17-cv-03235-G<br><br>Honorable Judge A. Joe Fish |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, DARRELL DEWAYNE GOODEN, and the Defendant, CENTRAL CREDIT SERVICES, LLC, by and through their attorneys, pursuant to their settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree to dismissal of all claims against the Defendant with prejudice. Each party to bear its own costs and attorney fees.

Dated: May 23, 2018                                            Respectfully Submitted,

**DARRELL DEWAYNE GOODEN**                **CENTRAL CREDIT SERVICES, LLC**

/s/ Nathan C. Volheim                                           /s/ Charles R. Penot (*with consent*)
Nathan C. Volheim                                                Charles R. Penot
*Counsel for Plaintiff*                                             *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200                   900 Jackson Street, Suite 440
Lombard, Illinois 60148                                        Dallas, TX 75202
Phone: (630) 575-8181                                         Phone: (214) 741-3009
Fax :( 630) 575-8188                                             cpenot@sessions.legal
nvolheim@sulaimanlaw.com